IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAMAR WRIGHT-CLAYTON, | § | |
| | § | No. 292, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | ID. No. N1509013826 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 11, 2017
Decided: January 20, 2017

Before **STRINE,** Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

**O R D E R**

This 20th day of January 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling of March 21, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice